# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 15-71 DMG(JC) | Date | May 7, 2015 |
|---|---|---|---|
| Title | David Johnson v. Warden Gutierrez, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Donnamarie Luengo, Relief | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL

On, November 17, 2014, in the United States District Court for the Southern District of California, plaintiff David Johnson ("plaintiff"), who is in federal custody, is proceeding *pro se*, and has been granted leave to proceed *in forma pauperis*, filed a Civil Rights Complaint ("Complaint") which the Court liberally construes as asserting claims under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics ("Bivens")</u>, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80 ("FTCA"). The Complaint sues the following defendants connected with the Federal Correctional Complex in Victorville, California where plaintiff was formerly housed: (1) Warden Gutierrez; (2) Dr. Jesus Fernandez; and (3) Mid-Level Practitioner Victoria Malingkas (collectively "defendants"). (Complaint at 1-2). Plaintiff sues all defendants in their individual and official capacities, and seeks monetary relief. (Complaint at 2, 7). The case was subsequently transferred to the Central District of California and assigned/referred to this Court for adjudication.

On April 9, 2015, the Court dismissed the Complaint with leave to amend and afforded plaintiff an opportunity, if he wished to pursue this matter, to file a First Amended Complaint within fourteen (14) days, *i.e.*, by April 23, 2015. The Court expressly cautioned plaintiff that the failure timely to file a First Amended Complaint may result in the dismissal of this action with or without prejudice on the grounds set forth in the April 9 Order and/or for failure diligently to prosecute. To date, although the foregoing deadline has expired, plaintiff has failed to file a First Amended Complaint or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **May 21, 2015**, why this action should not be dismissed based upon the deficiencies identified in the April 9 Order and/or based upon plaintiff's failure to prosecute. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-71 DMG(JC) | Date | May 7, 2015 |
|---|---|---|---|
| Title | David Johnson v. Warden Gutierrez, et al. | | |

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, will result in the dismissal of this action with or without prejudice based upon the deficiencies identified in the April 9 Order, plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

IT IS SO ORDERED.

Attachment

Initials of Deputy Clerk    dl