UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID JOHNSON, | Case No. ED CV 15-71 DMG (JC) |
|---|---|
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JESUS FERNANDEZ, M.D., et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Original Complaint, the First Amended Complaint, all documents filed in support of and in opposition to defendants' Motion for Summary Judgment ("Motion for Summary Judgment"), the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), Defendants' objections to the Report and Recommendation ("Objections"), and the records herein. The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Objections largely mischaracterize the Report and Recommendation and/or are based on the same arguments previously raised, and which the Report and Recommendation properly concludes have no merit. Accordingly, the Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED THAT: (1) the Motion for Summary Judgment is DENIED; (2) Defendants shall file an Answer to the First Amended Complaint within fourteen (14) days of the entry of this Order; and (3) the Clerk shall serve copies of this Order and the Report and Recommendation on plaintiff and counsel for defendants.

IT IS SO ORDERED.

DATED: January 16, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE