UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS FERNANDEZ, M.D., et al.,<br><br>　　　　Defendants | Case No. EDCV 15-71 DMG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the May 23, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that this action is dismissed without prejudice and that Judgment be entered accordingly. Defendants' pending motion for summary judgment is DENIED without prejudice as moot.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment and the Report and Recommendation on the parties to this action.

IT IS SO ORDERED.

DATED: August 28, 2018　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE