UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> JESUS FERNANDEZ, M.D., et al., <br><br> Defendants. | Case No. EDCV 15-71 DMG(JC) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 28, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE